# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-22287-Civ-COOKE/REID

RAYMOND CARR, III,

    Plaintiff,

v.

DANIEL JUNIOR, *et al.*,

    Defendants.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, under 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. *See* ECF No. 2. On October 21, 2019, Judge Reid issued a Report of Magistrate Judge ("Report") recommending that the Court dismiss Plaintiff's § 1983 claims and his ADA claim against Defendant Rodriguez. ECF No. 21. Judge Reid recommends that Plaintiff proceed on his ADA claim against Defendants Johnson and Junior in their official capacities. *Id.* Plaintiff filed objections to the Report on November 6, 2019. ECF No. 22.

Having considered the record and the relevant legal authorities, the Court finds the Report to be clear, cogent, and compelling. Upon a *de novo* review of Plaintiff's Amended Complaint (ECF No. 14) and the issues raised in his objections, the Court agrees with Judge Reid's recommendations. Accordingly, the Court **AFFIRMS and ADOPTS** Judge Reid's Report (ECF No. 21) and **ORDERS** as follows:

1. Plaintiff's ADA claim against Defendant Rodriguez is **DISMISSED**;
2. Plaintiff's access to courts and deliberate indifference claims are **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii), for failure to state a claim upon which relief can be granted; and
3. Plaintiff is permitted to proceed on his ADA claim against Defendants Johnson and

Junior in their official capacities.

**DONE and ORDERED** in Chambers at Miami, Florida, this 29th day of October 2020.

*(signature: Marcia G. Cooke)*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Raymond Carr, III,* pro se